UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
Northern DIVISION

| | |
|---|---|
| **QBE Corporate Limited** | |
| **Plaintiff** | Case No. 2:16-cv-00682-SRW |
| v. | |
| **Browder Veneer Works,** | |
| **Defendant** | |

☑ **Consent to Magistrate Judge Jurisdiction**

In accordance with the provisions of 28 U.S.C. § 636(c), I voluntarily **consent** to have a United States magistrate judge conduct all further proceedings in this case, including trial and entry of final judgment. I understand that appeal from the judgment shall be taken directly to the United States Court of Appeals for the Eleventh Circuit.

DATE: **October 17, 2016**       NAME: **Arthur Grady Williams**

PARTY REPRESENTED   **QBE Corporate Limited**